## No. 5.

#### CHACE against MAY. Orange, 1817.

THE plaintiff in error, as attorney for one Farcraft, had recovered a judgment in an action on note, in which suit, no costs were taxed, for that he had also recovered a judgment in ejectment for lands mortgaged to secure the payment.

D

In consideration that the plaintiff would discharge the judgment and execution on the note, and take a deed of the land, the defendant paid the amount of the costs in the *suit on the note* being about nineteen dollars. The Court decided this money could not be ·recovered back as being taken oppressively, or by taking undue advantage of the plaintiffs situation : the plaintiff in error had a legal right to refuse the settlement, and had a right to a consideration for making it.